RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Dymond Goods

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>DYMOND GOODS,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00218-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Dymond Goods, that the Revocation Hearing currently scheduled on December 20, 2022, at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than January 9, 2023.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel requires additional time to prepare, investigate, and discuss the case with her client. Additionally, defense counsel will be in trial on another case during the currently scheduled date and will be out of the country from January 1-9, 2023.

　　　　2.　　The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 15th day of December 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Jean Ripley*<br>By_____<br>JEAN RIPLEY<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00218-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| DYMOND GOODS, | |
| Defendant. | |

IT IS ORDERED that the revocation hearing currently scheduled for Tuesday, December 20, 2022 at 11:00 a.m., be vacated and continued to January 18, 2023 at the hour of 1 : 30 p.m. in Courtroom 6C.

DATED this 16th day of December 2022.

_____
UNITED STATES DISTRICT JUDGE

3